UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELIA GRANADOS,<br><br>                          Plaintiff,<br><br>       -against-<br><br>NYS DOCCS, ET AL<br><br>                        Defendants. | 22-CV-9222 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the November 2, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 2, 2022
            New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge